**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FEB 2 5 2008

**JAMEED TYSON JONES,**

Petitioner,

v.                                                                    Civil Action No. **3:07CV626**

**UNKNOWN,**

Respondent.

**MEMORANDUM OPINION**

Petitioner, a Virginia inmate, submitted this 28 U.S.C. § 2254 petition. Respondent

moved to dismiss on the petition on the grounds that Petitioner had not exhausted his state court

remedies. *See* 28 U.S.C. 2254(b)(1). Thereafter, Petitioner moved to dismiss his petition for a

writ of habeas corpus without prejudice. The parties' motions to dismiss the action (Docket Nos.

8 & 13) will be GRANTED. Accordingly, the petition for a writ of habeas corpus will be

DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date:_____
Richmond, Virginia

_____/s/_____
**Richard L. Williams**
**United States District Judge**